Certificate Number: 15317-CAC-DE-036909426

Bankruptcy Case Number: 22-12949



15317-CAC-DE-036909426

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 17, 2022, at 4:05 o'clock PM PDT, Gilbert L Preciado completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:    October 17, 2022            By:    /s/Ralph Hongria

                        Name:    Ralph Hongria

                        Title:    Credit Counselor