United States Bankruptcy Court

Central District of California

In re:  Case No. 22-12949-RB
Gilbert Luis Preciado  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6          User: admin          Page 1 of 3
Date Rcvd: Nov 14, 2022          Form ID: 318a          Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gilbert Luis Preciado, 13729 Burning Tree Dr, Victorville, CA 92395-4806 |
| 41253637 | American Medical Response, 2316 S Susan St, Santa Ana, CA 92704-4421 |
| 41253646 | DSNB / Macys, Po Box 6776, Sioux Falls, SD 57117-6776 |
| 41253648 | First Bank & Trust, 2400 Michelson Dr, Irvine, CA 92612-1310 |
| 41253653 | Nationwide Credit, PO Box 15130 19850, Irwin, PA 15642-8113 |
| 41253656 | Pomona Valley Hospital Medical Center, 1798 N Garey Ave, Pomona, CA 91767-2918 |
| 41253658 | Prosperity Realty, 15431 Anacapa Rd, Victorville, CA 92392-2458 |
| 41253660 | Synchrony / American Tire, Po Box 960061, Orlando, FL 32896-0061 |
| 41253665 | Victor Valley Global Medical Center, Po Box 846938, Los Angeles, CA 90084-6938 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: arturo.cisneros@txitrustee.com | Nov 15 2022 04:56:00 | Arturo Cisneros (TR), 3403 Tenth Street, Suite 714, Riverside, CA 92501 |
| smg | EDI: EDD.COM | Nov 15 2022 09:48:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Nov 15 2022 09:48:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41253636 | Email/Text: backoffice@affirm.com | Nov 15 2022 04:57:00 | Affirm, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 41253638 | EDI: TSYS2 | Nov 15 2022 09:48:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 41253644 | Email/Text: correspondence@credit-control.com | Nov 15 2022 04:56:00 | Credit Control, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 41253639 | EDI: CALTAXFEE | Nov 15 2022 09:48:00 | California Dept of Tax and Fee Admin, Po Box 942879, Sacramento, CA 94279-0001 |
| 41253640 | EDI: CAPITALONE.COM | Nov 15 2022 09:48:00 | Capital One, Po Box 30285, Salt Lake Cty, UT 84130-0285 |
| 41253641 | EDI: CAPITALONE.COM | Nov 15 2022 09:48:00 | Capital One / Walmart, Po Box 30285, Salt Lake Cty, UT 84130-0285 |
| 41253643 | EDI: CITICORP.COM | Nov 15 2022 09:48:00 | Citibank, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 41253645 | Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2022 05:08:13 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 41253647 | ^ MEBN | Nov 15 2022 04:54:12 | DSRM National Bank / Valero, Po Box 631, Amarillo, TX 79105-0631 |
| 41253649 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 15 2022 04:56:00 | Goldman Sachs / Apple Card, Lockbox 6112, Po |

Case 6:22-bk-12949-RB    Doc 19    Filed 11/16/22    Entered 11/16/22 21:30:19    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: 318a | Total Noticed: 35 |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Box 7247, Philadelphia, PA 19170-0001 |
| 41253650 | EDI: JEFFERSONCAP.COM | Nov 15 2022 09:48:00 | Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 41253642 | EDI: JPMORGANCHASE | Nov 15 2022 09:48:00 | Chase Bank, Po Box 6294, Carol Stream, IL 60197-6294 |
| 41253651 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2022 05:08:12 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 41253652 | Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2022 04:57:00 | Midland Credit Management, Po Box 939069, San Diego, CA 92193-9069 |
| 41253654 | EDI: AGFINANCE.COM | Nov 15 2022 09:48:00 | OneMain Financial, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 41253655 | Email/Text: pcabkt@phillips-cohen.com | Nov 15 2022 04:56:00 | Phillips & Cohen Associates, 1002 Justison St, Wilmington, DE 19801-5148 |
| 41253657 | EDI: PMSCOLLECTS.COM | Nov 15 2022 09:48:00 | Progressive Management Systems, 1521 W Cameron Ave Fl 1, West Covina, CA 91790-2738 |
| 41253659 | EDI: RMSC.COM | Nov 15 2022 09:48:00 | Synchrony / Amazon, Po Box 960013, Orlando, FL 32896-0013 |
| 41253661 | EDI: RMSC.COM | Nov 15 2022 09:48:00 | Synchrony / Home Shopping Network, Po Box 530905, Atlanta, GA 30353-0905 |
| 41253662 | EDI: RMSC.COM | Nov 15 2022 09:48:00 | Synchrony / JC Penny, Po Box 965009, Orlando, FL 32896-5009 |
| 41253663 | EDI: RMSC.COM | Nov 15 2022 09:48:00 | Synchrony / PayPal Credit, Po Box 965003, Orlando, FL 32896-5003 |
| 41253664 | EDI: RMSC.COM | Nov 15 2022 09:48:00 | Synchrony / Pep Boys, Po Box 960061, Orlando, FL 32896-0061 |
| 41253666 | EDI: WFFC2 | Nov 15 2022 09:48:00 | Wells Fargo Card Services, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Nov 16, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

District/off: 0973-6 | User: admin | Page 3 of 3
Date Rcvd: Nov 14, 2022 | Form ID: 318a | Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Benjamin Heston | on behalf of Debtor Gilbert Luis Preciado bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Gilbert Luis Preciado** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7924** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Central District of California | | |
| Case number:   6:22–bk–12949–RB | | |

## Order of Discharge – Chapter 7                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gilbert Luis Preciado

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/14/22

**Dated:** 11/14/22

**By the court:**   Magdalena Reyes Bordeaux
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**17/AUTU**

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc            **Order of Chapter 7 Discharge**            page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**