**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:22-bk-12949-RB |
| **GILBERT PRECIADO,** | Chapter 7 |
| Debtor. | **DEBTOR'S NOTICE OF MOTION AND MOTION TO REOPEN BANKRUPTCY CASE TO SEEK RELIEF FOR VIOLATIONS OF DISCHARGE INJUNCTION** |
| | **[No Hearing Unless Ordered by Court]** |

NOTICE IS HEREBY GIVEN that the Debtor moves the Court for an order reopening the Debtor's closed Chapter 7 case in order to file a motion for issuance of an order to show cause, damages, and contempt for violations of the discharge injunction on the grounds set forth in the attached motion.

This motion is being brought under 11 U.S.C. §350(b) which states that a case may be reopened "to administer assets, to accord relief to the debtor, or for other cause." Pursuant to LBR 9013-1(q)(11), a hearing is not required unless otherwise ordered by the Court.

NEXUS BANKRUPTCY

Date: May 5, 2024

/s/Benjamin Heston
Benjamin Heston,
Attorney for Debtor

1

# I

# STATEMENT OF FACTS

1. Debtor commenced this case by filing a voluntary petition under Chapter 7 of the Bankruptcy Code on August 5, 2022.

2. Among the debts listed was a debt owed to the California Department of Tax and Fee Administration ("CDTFA") in the amount of $7,000. The address listed for the department was PO Box 942879, Sacramento, CA 94279.

3. On the CDTFA's website, they list their email contact address as the same address that was listed in Debtor's petition.

4. According to the court's certificate of notice, the CDTFA received electronic notice of the Notice of Chapter 7 Bankruptcy Case [docket #11] on August 6, 2022.

5. On November 14, 2022, the Debtor received his Chapter 7 discharge [docket #19]. According to the courts certificate of notice, the CDTFA received electronic notice of the Discharge Order on November 15, 2022.

6. Debtor's Chapter 7 case was closed on November 15, 2022.

7. On November 14, 2023, Debtor's wife, Isabel Preciado, received an email from the CDTFA stating that they would institute collection actions if the account was not paid in full by the next day.

8. Debtor's Counsel contacted the CDTFA and spoke to representative who assured him that they were aware of the bankruptcy and the discharge and that they would not collect against any assets that were protected by the discharge.

9. Contrary to these representations, the CDTFA levied a joint account held by the Debtor and his spouse.

10. Debtor's Counsel informed the CDTFA that they had violated the discharge and he attempted to remedy the situation without invoking the Court's involvement by speaking with an attorney for the CDTFA. Those efforts failed, which prompted the filing the instant and forthcoming motions.

## POINTS AND AUTHORITIES

## A CLOSED BANKRUPTCY CASE MAY BE REOPENED TO ACCORD RELIEF TO THE DEBTOR AND SUCH REQUESTS SHOULD BE ROUTINELY GRANTED

Pursuant to Bankruptcy Code §350(b), "A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause." 11 U.S.C. §350(b). As stated in In re Dodge, 138 B.R. 602 (Bankr. E.D. Cal. 1992), these motions to reopen should be routinely granted:

"The Bankruptcy Code empowers the bankruptcy court to reopen a case to 'accord relief to a debtor.' 11 U.S.C. § 350(b). The court's power is not circumscribed by any time limit. As this court has previously suggested, such motions should be routinely granted because the case is necessarily reopened to consider the underlying request for relief. In re Corgiat, 123 B.R. 388, 392, 393 (Bankr. E.D. Cal. 1991)."

WHEREFORE, the Debtor respectfully requests that the case be reopened to allow him to file a a motion regarding the CDTFA's violations of the discharge injunction.

NEXUS BANKRUPTCY

Date: May 5, 2024

/s/Benjamin Heston
Benjamin Heston,
Attorney for Debtor

# DECLARATION OF BENJAMIN HESTON

I, Benjamin Heston, declare as follows:

1. I am the attorney for the Debtor in this bankruptcy proceeding. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. The Debtor commenced this case by filing a voluntary petition under Chapter 7 of the Bankruptcy Code on August 5, 2022.

3. Among the debts listed was a debt owed to the California Department of Tax and Fee Administration ("CDTFA") in the amount of $7,000. The address listed for the department was PO Box 942879, Sacramento, CA 94279.

4. On the CDTFA's website, they list their email contact address as the same address that was listed in Debtor's petition.

5. According to the court's certificate of notice, the CDTFA received electronic notice of the Notice of Chapter 7 Bankruptcy Case [docket #11] on August 6, 2022.

6. On November 14, 2022, the Debtor received his Chapter 7 discharge [docket #19]. According to the court's certificate of notice, the CDTFA received electronic notice of the Discharge Order on November 15, 2022.

7. The Debtor's Chapter 7 case was closed on November 15, 2022.

8. On November 14, 2023, Debtor's wife, Isabel Preciado, received an email from the CDTFA stating that they would institute collection actions if the account was not paid in full by the next day.

9. I contacted the CDTFA and spoke to a representative who assured me that they were aware of the bankruptcy and the discharge and that they would not collect against any assets that were protected by the discharge.

10. Contrary to these representations, the CDTFA levied a joint account held by the Debtor and his spouse.

11. I informed the CDTFA that they had violated the discharge and attempted to remedy the situation without invoking the Court's involvement by speaking with an attorney for the CDTFA. Those efforts failed, which prompted the filing of the instant and forthcoming motions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: May 5, 2025                                             /s/Benjamin Heston
                                                              BENJAMIN HESTON

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S NOTICE OF MOTION AND MOTION TO REOPEN BANKRUPTCY CASE TO SEEK RELIEF FOR VIOLATIONS OF DISCHARGE INJUNCTION**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/5/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Arturo Cisneros (TR)     amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Valerie Smith     claims@recoverycorp.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 5/5/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/5/2025 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**