**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**GILBERT PRECIADO,**<br><br>Debtor. | **Case No: 6:22-bk-12949-RB**<br><br>**Chapter 7**<br><br>**NOTICE OF MOTION AND MOTION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE WHY THE CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND REQUEST FOR DAMAGES**<br><br>**Hearing:**<br>Date: July 1, 2025<br>Time: 11:00 AM<br>Courtroom: 303 |

TO THE HONORABLE MAGDALENA REYES-BORDEAUX, THE CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION, AND ALL OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a hearing on the Debtor's Motion For Issuance Of An Order To Show Cause Why The California Department Of Tax And Fee Administration Should Not Be Held In Contempt For Violation Of The Discharge Injunction And Request For Damages has been set for July 1, 2025 at 11:00 am in Courtroom 303 of the United States Bankruptcy Court located at 3420 12th St., Riverside, CA 92501.

1    This motion is being brought on the grounds set forth in the attached motion and

2  memorandum of points and authorities. If you wish to oppose the Motion, you must file your

3  formal written response with the Court and mail a copy to the attorney for the Debtor not less

4  than 14 days prior to the date of the hearing in accordance with Local Bankruptcy Rule 9013-

5  1(f). Papers not timely filed and served may be deemed consent to the granting of the Motion.

6

7                                     NEXUS BANKRUPTCY

8  Date: June 5, 2025                  /s/Benjamin Heston
                                       Benjamin Heston,
9                                      Attorney for Debtor

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# I

## INTRODUCTION

Debtor, Gilbert Preciado, hereby moves this Court for issuance of a order to show cause why the California Department of Tax and Fee Administration ("CDTFA") should not be held in contempt for willfully violating the discharge and community discharge injunction pursuant to 11 U.S.C. §§524(a)(2), (3). Despite having actual knowledge of the bankruptcy case and discharge order, the CDTFA levied Debtor's bank account, causing significant financial and emotional harm to the debtor and his wife, Isabel Preciado. Additionally, Debtor seeks an order requiring the CDTFA to pay compensatory and punitive damages.

# II

## STATEMENT OF FACTS

On August 5, 2022, Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. The case was assigned Case No. 6:22-bk-12949-RB. On November 14, 2022, this Court entered an order granting Debtor a discharge under 11 U.S.C. § 727. **A copy of the discharge order is attached hereto as Exhibit A.** The discharge order contains references to the effect of the discharge under 11 U.S.C. §524, including reference to the community discharge under §524(a)(3).

On November 14, 2023, the CDTFA sent an email to Isabel Preciado stating that she had an outstanding balance of $5,221.59. The email threatened that if the balance was not paid in full by November 15, 2023 (the next day), the CDTFA would institute collection actions. **A true and correct copy of this notice is attached to the motion as Exhibit B.** Upon receiving this email, Gilbert Preciado immediately contacted Debtor's Counsel. Debtor's Counsel then contacted the CDTFA representative who sent the email, Tajwar Qamar. Ms. Qamar acknowledged that they were aware of the bankruptcy and assured Debtor's Counsel that the department would not attempt to collect against any property protected by the discharge. She stated that if their collection attempts returned unsatisfied, they would close or write off the account. Debtor's Counsel consulted with Gilbert and reviewed the assets of both Gilbert and Isabel, determining

that all their accounts were protected by the discharge and/or the community discharge under 11 U.S.C. § 524(a)(3).

Contrary to these assurances, on December 14, 2023, the CDTFA levied a Wells Fargo bank account ending in 5883 in the amount of $5,221.59. At the time, Debtor's Counsel was under the belief that this account was solely in Isabel Preciado's name. Debtor's Counsel promptly contacted the CDTFA to inform them that their actions violated the discharge injunction. Debtor's Counsel was instructed to present this argument through a request for refund (Form CDTFA-101). On January 26, 2024, Debtor's Counsel submitted the refund request along with a letter outlining the legal basis for their position, asserting this was a violation of the community discharge. **A copy of the request for refund is attached to the motion as Exhibit C.**

On February 28, 2024, Joan Huh, an attorney for the CDTFA, responded via email to the refund request. Her response contained several incorrect statements of fact and law, including a misunderstanding of the discharge's applicability to community property. Ms. Huh's email erroneously stated that while the filing spouse receives a discharge from liabilities, the non-filing spouse does not, and that Isabel Preciado's separate property was kept out of the bankruptcy estate. This email failed to acknowledge that Gilbert's name was also on the account in question. **A copy of Ms. Huh's email is attached to the motion as Exhibit D.**

On March 20, 2024, Debtor provided his counsel with a letter from Wells Fargo regarding the levy, which revealed that Gilbert's name was also listed on the account. This confirmed that the CDTFA's actions not only violated the community discharge but also directly violated the discharge injunction.

The CDTFA's unlawful actions have caused significant financial harm to the Debtor, including the loss of funds necessary for his basic living expenses. Furthermore, Gilbert Preciado, who is low-income, retired, and suffers from health issues, has experienced substantial emotional distress due to the CDTFA's collection efforts. The threats and actions taken by the CDTFA have exacerbated his anxiety, stress, and frustration.

### III

### STANDARD FOR CONTEMPT

The discharge order under 11 U.S.C. §524 essentially replaces the temporary automatic stay injunction with a permanent injunction that prohibits the same types activities outlined in 11 U.S.C. §362(a). See 11 U.S.C. §524(a)(2)("A discharge in a case under this title… operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor").

Unlike §362 which gives the debtor standing to enforce violations of the stay, §524 does not provide a separate cause of action. *Walls v. Wells Fargo Bank, N.A.*, 276 F.3d 502, 508 (9th Cir. 2002); *Cox v. Zale Delaware, Inc.*, 239 F3d 910, 917 (7th Cir. 2001). Rather, the power to enforce violations of the discharge is under the court's inherent power under 105(a). *In re Azevedo*, 506 BR 277, 282 (BC ED CA 2013). Also unlike violations of the stay, damages are not mandatory but are within the sound discretion of the court. *Walls v. Wells Fargo Bank, N.A.*, at 507; *Cox v. Zale Delaware, Inc.*, at 915.

To establish contempt for a willful violation of the discharge injunction, Debtor must show that the CDTFA (1) knew of the discharge, and (2) intended the actions which violated the injunction. The CDTFA's knowledge of the discharge injunction and its intentional levy on Debtor's bank account meet the standard for finding contempt.

Given that this situation was the result of several people at the department not understanding the discharge and community property law, punitive sanctions are appropriate to deter future misconduct.

WHEREFORE, the Debtor respectfully requests that this Court enter an order as follows:

1. Finding that The CDTFA has violated the discharge injunction under 11 U.S.C. §§523(a)(2) and (3);

2. Issuance of an order to show cause why The CDTFA should not be held in contempt for violation of the discharge injunction;

3. Awarding actual damages against the CDTFA, including attorney's fees;

4. Awarding compensatory and punitive damages against the CDTFA;

5. Any such further relief the Court deems just, necessary, and proper.


NEXUS BANKRUPTCY

Date: June 5, 2025

/s/Benjamin Heston
Benjamin Heston,
Attorney for Debtor

## DECLARATION OF GILBERT PRECIADO

I, Gilbert Preciado, declare as follows:

1. I am the Debtor in this bankruptcy proceeding. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. I filed a Chapter 7 bankruptcy proceeding on August 5, 2022 and received my discharge on November 14, 2022.

3. On November 14, 2023, my wife, Isabel Preciado, received an email from the California Department of Tax and Fee Administration (CDTFA) stating that she had an outstanding balance of $5,221.59. The email further indicated that if the balance was not paid in full by November 15, 2023, the CDTFA would institute collection actions against us. A true and correct copy of this email is attached to the motion as Exhibit B.

4. Immediately upon receiving this email, I contacted my bankruptcy attorney, Benjamin Heston, to inform him of the CDTFA's actions. Mr. Heston then contacted Tajwar Qamar, the CDTFA representative who sent the email. According to Mr. Heston, Ms. Qamar acknowledged that the CDTFA was aware of my bankruptcy and the discharge order. She assured Mr. Heston that the department would not attempt to collect against any property protected by the discharge. Ms. Qamar stated that if their collection attempts returned unsatisfied, they would close or write off the account.

5. I spoke with Mr. Heston and we reviewed our assets and determined that all our accounts were protected by the discharge and/or the community discharge.

6. Despite these assurances, on December 14, 2023, the CDTFA levied the Wells Fargo bank account ending in 5883 in the amount of $5,221.59

7. Upon discovering the levy, Mr. Heston contacted the CDTFA to inform them that their actions violated the discharge injunction. The CDTFA instructed us to submit a request for refund (Form CDTFA-101) to present this argument.

8. On January 26, 2024, Mr. Heston submitted the refund request along with a letter outlining the legal basis for our position, asserting that the CDTFA's actions were in violation of the community discharge. A true and correct copy of this request for refund is attached to the motion as Exhibit C.

9. On March 20, 2024, I sent a letter to Mr. Heston which I had received from Wells Fargo when they levied the account. This letter showed that my name was also listed on the account that was levied. A true and correct copy of this letter is attached to the motion as part of Exhibit E.

10. The CDTFA's unlawful actions have caused significant financial harm to me, including the loss of funds necessary for my basic living expenses. Furthermore, I have experienced substantial emotional distress, including anxiety, stress, and frustration, due to the CDTFA's collection efforts. Both my wife and I are low-income, retired, and suffer from health issues, which have been exacerbated by the CDTFA's actions and threats.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 5, 2025

GILBERT PRECIADO

## <u>DECLARATION OF BENJAMIN HESTON</u>

I, Benjamin Heston, declare as follows:

1. I am the attorney for the Debtor in this bankruptcy proceeding. I have personal knowledge of all matters stated herein. On all matters stated on information and belief, I believe those allegations to be true. I could competently testify to the allegations contained herein.

2. On August 5, 2022, I filed a chapter 7 bankruptcy proceeding for Gilbert Preciado. The Debtor received his discharge on November 14, 2022. A true and correct copy of the discharge is attached to the motion as Exhibit A.

3. On November 14, 2023, I was contacted by the Debtor regarding an email his wife received from the CDTFA about an outstanding balance and impending collection actions. A true and correct copy of this notice is attached to the motion as Exhibit B.

11. I contacted the CDTFA representative, Tajwar Qamar, who acknowledged the bankruptcy and assured me they would not collect against property protected by the discharge. Ms. Qamar stated that if their collection attempts returned unsatisfied, they would close or write off the account. I relayed the substance of this phone call to my client and let him know that all of his accounts and his wife's accounts were protected by the discharge.

4. Despite Ms. Qamar's assurances, the CDTFA levied money from an account at Wells Fargo. At the time, I was under the impression that the account was held in Isabel Preciado's name only.

5. After the account was levied, I contacted the CDTFA to inform them that this was a violation of the discharge. I was told that in order to make a claim to have the funds returned I would need to submit an official request for refund.

6. On January 26, 2024, I submitted a refund request and letter outlining the legal basis for our position that the CDTFA's actions violated the community discharge. A true and correct copy of this request for refund is attached to the motion as Exhibit C.

7. On February 28, 2024, I received an email from CDTFA attorney Joan Huh, which laid out their position regarding the effect of the bankruptcy. A true and correct copy of Ms. Huh's email is attached to the motion as Exhibit D.

8. Afterward, there was a spat of emails between myself and Ms. Huh, but ultimately nothing was resolved. True and correct copies of these emails are attached to the motion as Exhibit E.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 23, 2024                                    /s/Benjamin Heston
                                                       BENJAMIN HESTON

# EXHIBIT A

**Information to identify the case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Gilbert Luis Preciado** | | Social Security number or ITIN | **xxx–xx–7924** |
| | First Name    Middle Name    Last Name | | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN    _ _ _ _ | |
| | | | EIN    _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court    **Central District of California** | | | | |
| Case number:    **6:22–bk–12949–RB** | | | | |

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gilbert Luis Preciado

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/14/22

**Dated:** 11/14/22

By the court:    Magdalena Reyes Bordeaux
                        United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**17/AUTU**

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

# EXHIBIT B

**M** Gmail

**Ben Heston <ben@nexusbk.com>**

---

### Fw: PRECIADO'S PORT-A-LUBE - Seller's Permit ****URGENT SALES TAX MATTER****
1 message

---

**Gilbert Preciado** ███████████████████                           Tue, Nov 28, 2023 at 12:38 PM
To: Benjamin Heston <ben@nexusbk.com>

---

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, November 14, 2023, 4:41 PM, Qamar, Tajwar <Tajwar.Qamar@cdtfa.ca.gov> wrote:

*Confidential information of the California Department of Tax and Fee Administration– unauthorized use or disclosure is strictly prohibited by law. If you receive this e-mail in error, please immediately notify the Department by return e-mail and delete this message from your computer, without printing the message, and without disclosing its contents to any person other than the sender or recipient. Persons who copy or disclose such confidential information are subject to applicable legal penalties.*

Hello Isabel Preciado,


This is a courtesy email from California Department of Tax and Fee Administration regarding your Sales and Use Tax account.

Per our record, you have an outstanding balance of $5,221.59. It is an urgent tax matter. Please file the make a payment in full using the online services account no later than **November 15, 2023,** to avoid collection actions. Please refer to publication 54 for more information on the collection's procedure.

Please use online services to file and pay delinquent returns. If you need assistance, please call me at 707-862-3525.

https://onlineservices.cdtfa.ca.gov/_/.

Thank you,



## Tajwar Qamar

Business Taxes Representative

California Department of Tax and Fee Administration

2480 Hilborn Road, Ste. 200, Fairfield, CA  94534

Phone: 707-862-3525 | Fax: 707-427-4815

E: **tajwar.qamar@cdtfa.ca.gov | www.cdtfa.ca.gov**

*Happy with your service today? Please tell us How We Are Doing?*

https://www.cdtfa.ca.gov/taxes-and-fees/survey-hawd.aspx



*Confidential information of the California Department of Tax and Fee Administration– unauthorized use or disclosure is strictly prohibited by law. If you receive this e-mail in error, please immediately notify the Department by return e-mail and delete this message from your computer, without printing the message, and without disclosing its contents to any person other than the sender or recipient. Persons who copy or disclose such confidential information are subject to applicable legal penalties*

# EXHIBIT C

CDTFA-101 (FRONT) REV. 20 (8-23)
STATE OF CALIFORNIA
**CLAIM FOR REFUND OR CREDIT**
CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION

*(Instructions on back)*

| NAME OF TAXPAYER(S) | CDTFA ACCOUNT NUMBER *(only list one account number per claim)* |
|---|---|
| ISABEL PRECIADO | ▉3325 |

| SOCIAL SECURITY NUMBER(S)* OR EMPLOYER IDENTIFICATION NUMBER | GENERAL PARTNER(S) *(if applicable)* |
|---|---|
| ▉5047 | |

| BUSINESS NAME *(if applicable)* | BUSINESS LOCATION ADDRESS *(if applicable)* |
|---|---|
| PRECIADO'S PORT-A-LUBE | |

| MAILING ADDRESS *(if applicable)* |
|---|
| 13729 Burning Tree Drive, Victorville, CA 92395 |

Please select the tax or fee program that applies to your claim for refund or credit.

☑ Sales and Use Tax

☐ Lumber Assessment

☐ Prepaid Mobile Telephony Services (MTS) Surcharge

For overpayments of use tax by a purchaser of a vehicle or undocumented vessel to the Department of Motor Vehicles (DMV), please complete CDTFA-101-DMV, *Claim for Refund or Credit for Tax Paid to DMV.*

☐ Alcoholic Beverage Tax

☐ California Electronic Cigarette Excise Tax

☐ California Tire Fee

☐ Cannabis Taxes

☐ Childhood Lead Poisoning Prevention Fee

☐ Cigarette and Tobacco Products Tax

☐ Covered Electronic Waste Recycling Fee

☐ Diesel Fuel Tax

☐ Emergency Telephone Users Surcharge

☐ Energy Resources (Electrical) Surcharge

☐ Hazardous Substances Tax

☐ Integrated Waste Management Fee

☐ Lead-Acid Battery Fee

☐ Lithium Extraction Excise Tax

☐ Marine Invasive Species Fee

☐ Motor Vehicle and Jet Fuel Taxes

☐ Natural Gas Surcharge

☐ Occupational Lead Poisoning Prevention Fee

☐ Oil Spill Response, Prevention, and Administration Fees

☐ Tax on Insurers

☐ Timber Yield Tax

☐ Underground Storage Tank Maintenance Fee

☐ Use Fuel Tax

☐ Water Rights Fee

**For the above tax/fee programs, mail your completed form to:**
California Department of
Tax and Fee Administration
Appeals and Data Analysis Branch
MIC:33
PO Box 942879
Sacramento, CA 94279-0033

**Or email to:** adab@cdtfa.ca.gov

**For the above tax/fee programs, mail your completed form to:**
California Department of
Tax and Fee Administration
Audit Determination and
Refund Section MIC:39
PO Box 942879
Sacramento, CA 94279-0039

**Or email to:** BTFD-ADRS@cdtfa.ca.gov

---

The undersigned hereby makes a claim for refund or credit of $ 5100 , or such other amounts as may be established, in tax, interest, and penalty in connection with:

☐ Return(s) filed and paid for the period _____ through _____

☐ Determination(s)/billing(s) dated _____ and paid _____

☑ Other *(describe fully)*: _____

Basis for refund *(required)*:

Levy was executed in violation of bankruptcy discharge.

Supporting documentation, including amended return(s), ☑ is attached. ☐ will be provided upon request.

| SIGNATURE | DATE SIGNED |
|---|---|
| *(signature)* | 1/26/2024 |

| PRINT NAME | CONTACT PERSON *(if other than signatory)* |
|---|---|
| GILBERT PRECIADO | BENJAMIN HESTON |

| TITLE OR POSITION | TELEPHONE NUMBER | TITLE OR POSITION OF CONTACT PERSON | TELEPHONE NUMBER |
|---|---|---|---|
| OWNER/OPERATOR | 626-393-4980 | ATTORNEY | 951-290-2827 |

| EMAIL ADDRESS | EMAIL OF CONTACT PERSON |
|---|---|
| ▉ | BEN@NEXUSBK.COM |

*See CDTFA-324-GEN-WEB, *Privacy Notice—Website—No Action Needed*, regarding disclosure of the applicable social security number.

*1.26.2024*

To:     California Department of Tax & Fee Administration

Re:     Gilbert Preciado – Discharge Violation
        Bankruptcy Case: 6:22-bk-12949-RB

To Whom it May Concern,

I am writing on behalf of my client, Gilbert Preciado, pertaining to the discharge violation committed by the California Department of Tax and Fee Administration ("The Department").

As you are aware, Gilbert initiated Chapter 7 bankruptcy proceedings on August 5, 2022, and was issued a discharge on November 14, 2022. The Department was listed as a creditor in his bankruptcy petition. However, despite the discharge, The Department persisted in its collection efforts, resulting in the recent levy on an account owned by Gilbert's spouse, Isabel Preciado.

According to the California Supreme Court:
> "But it is a basic feature of the community property system that "the community estate is liable for a debt incurred by either spouse before or during marriage, regardless of which spouse has the management and control of the property and regardless of whether one or both spouses are parties to the debt or to a judgment for the debt," unless a statute expressly provides otherwise. ( Fam. Code, § 910, subd. (a).)"

> Speier v. Brace (In re Brace), 9 Cal.5th 903, 934 (Cal. 2020)

Furthermore, the California Court of Appeal has clarified:
> "**Property may be regarded as community property regardless of whether the record title stands in the name of the husband or of the wife** or in the names of both the husband and the wife, and the courts are invested with full power to determine the status of any such property. ( Salveter v. Salveter, supra; Jansen v. Jansen,127 Cal.App. 294 [ 15 P.2d 777].)"

> Horsman v. Maden, 48 Cal.App.2d 635, 640 (Cal. Ct. App. 1941)

Furthermore, Gilbert's bankruptcy discharge extends to all community property pursuant to 11 U.S.C. §524(a)(3). This section states in pertinent part:
> "a discharge in a case under this title… operates as an injunction against the commencement or continuation of an action… to collect or recover from, or offset against, property of the debtor… that is acquired after the commencement of the case, on account of any allowable community claim"

> 11 U.S.C. §524(a)(3).

- NEXUS BANKRUPTCY -
3090 Bristol Street #400, Costa Mesa, CA 92626
19700 Fairchild Road #280, Irvine, CA 92612
Tel.949.312.1377 // 951.290.2827
Fax.949.288.2054

The Discharge Order attached hereto explicitly states:

> **In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.**

In light of these legal factors, The Department's recent levy on the community property account constitutes a discharge violation. Pursuant to bankruptcy law, such violations may render The Department liable for damages incurred by Gilbert and Isabel Preciado.

In the interest of expeditious resolution, we are requesting that The Department promptly return these funds. Gilbert is prepared to waive his right to pursue legal action against The Department for violation of his discharge upon the successful return of the funds.

Your cooperation in resolving this matter promptly is appreciated. We believe that by addressing this issue amicably, we can avoid protracted legal proceedings and arrive at a fair resolution.

Should you require any additional information or clarification, please do not hesitate to contact me directly.

Sincerely,

Benjamin Heston,
NEXUS BANKRUPTCY

# ATTACHMENT 1

Repeat-cacb, CLOSED

# U.S. Bankruptcy Court
## Central District of California (Riverside)
## Bankruptcy Petition #: 6:22-bk-12949-RB

*Date filed:* 08/05/2022
*Date terminated:* 11/15/2022
*Debtor discharged:* 11/14/2022
*341 meeting:* 09/08/2022
*Deadline for objecting to discharge:* 11/07/2022
*Deadline for financial mgmt. course:* 11/07/2022

*Assigned to:* Magdalena Reyes Bordeaux
Chapter 7
Voluntary
No asset

*Debtor disposition:*  Standard Discharge

**Debtor**
**Gilbert Luis Preciado**
13729 Burning Tree Dr
Victorville, CA 92395-4806
SAN BERNARDINO-CA
SSN / ITIN: xxx-xx-7924

represented by **Benjamin Heston**
100 Bayview Circle, Suite 100
Newport Beach, CA 92660
951-290-2827
Fax : 949-288-2054
Email: bhestonecf@gmail.com

**Trustee**
**Arturo Cisneros (TR)**
3403 Tenth Street, Suite 714
Riverside, CA 92501
(951) 328-3124

**U.S. Trustee**
**United States Trustee (RS)**
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990

| Filing Date | # | Docket Text |
|---|---|---|
| 08/05/2022 | 1<br>(66 pgs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $338 Filed by Gilbert Luis Preciado (Heston, Benjamin) WARNING: See docket entries nos. 6,7,8 for corrective action. Case Deficient for Master Mailing List of Creditors which must include the name, mailing address, and zip code of each creditor listed in Schedules D, and E/F [FRBP 1007; LBR10071(a)] (via paper filing or electronically filed in PDF format) - Due 8/8/2022, Also Deficient for Statement of Related Cases due 8/19/2022, Incomplete filing due 8/19/2022. Modified on 8/5/2022 (WD). (Entered: 08/05/2022) |
| 08/05/2022 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Gilbert Luis Preciado. (Heston, Benjamin) (Entered: 08/05/2022) |
| 08/05/2022 | 3<br>(2 pgs) | Certificate of Credit Counseling Filed by Debtor Gilbert Luis Preciado. (Heston, Benjamin) (Entered: 08/05/2022) |

| | | |
|---|---|---|
| 08/05/2022 | **4**<br>(1 pg) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Gilbert Luis Preciado. (Heston, Benjamin) (Entered: 08/05/2022) |
| 08/05/2022 | | Receipt of Voluntary Petition (Chapter 7)( 6:22-bk-12949) [misc,volp7] ( 338.00) Filing Fee. Receipt number A54524363. Fee amount 338.00. (re: Doc# 1) (U.S. Treasury) (Entered: 08/05/2022) |
| 08/05/2022 | **5**<br>(3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 9/8/2022 at 09:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. for Debtor and Joint Debtor (if joint case) Cert. of Financial Management due by 11/7/2022. Last day to oppose discharge or dischargeability is 11/7/2022. (Scheduled Automatic Assignment, shared account) (Entered: 08/05/2022) |
| 08/05/2022 | 6 | Notice to Filer of Error and/or Deficient Document **Petition was filed as complete, but schedules or statements are deficient. THE FILER IS INSTRUCTED TO FILE THE DEFICIENT DOCUMENTS.** (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Gilbert Luis Preciado) (WD) (Entered: 08/05/2022) |
| 08/05/2022 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Gilbert Luis Preciado) Statement of Related Cases (LBR Form F1015-2) due 8/19/2022. Incomplete Filings due by 8/19/2022. (WD) (Entered: 08/05/2022) |
| 08/05/2022 | **7**<br>(1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Gilbert Luis Preciado) (WD) (Entered: 08/05/2022) |
| 08/05/2022 | **8**<br>(1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (WD) (Entered: 08/05/2022) |
| 08/05/2022 | **9**<br>(5 pgs) | Verification of Master Mailing List of Creditors (LBR Form F1007-1) , List of Creditors (Master Mailing List of Creditors) Filed by Debtor Gilbert Luis Preciado. (Heston, Benjamin) (Entered: 08/05/2022) |
| 08/06/2022 | **10**<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valerie) (Entered: 08/06/2022) |
| 08/07/2022 | **11**<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)5 Meeting (AutoAssign Chapter 7)) No. of Notices: 10. Notice Date 08/07/2022. (Admin.) (Entered: 08/07/2022) |
| 08/07/2022 | **12**<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)7 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 08/07/2022. (Admin.) (Entered: 08/07/2022) |
| 08/07/2022 | **13**<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)8 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 2. Notice Date 08/07/2022. (Admin.) (Entered: 08/07/2022) |
| 08/08/2022 | | Notice of Debtor's Prior Filings for debtor Gilbert Luis Preciado Case Number 03-12596, Chapter 13 filed in California Central Bankruptcy on 01/29/2003; Case |

| | | Number 006238, Chapter 7 from California Central Bankruptcy on 12/20/2000 , Standard Discharge on 04/02/2001.(Admin) (Entered: 08/08/2022) |
|---|---|---|
| 08/15/2022 | [14](#)<br>(1 pg) | Statement of Related Cases (LBR Form 1015-2.1) Filed by Debtor Gilbert Luis Preciado (RE: related document(s) Set Case Commencement Deficiency Deadlines (ccdn)). (Heston, Benjamin) (Entered: 08/15/2022) |
| 08/15/2022 | [15](#)<br>(1 pg) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Gilbert Luis Preciado. (Heston, Benjamin) (Entered: 08/15/2022) |
| 09/08/2022 | | Chapter 7 Trustee's Report of No Distribution: I, Arturo Cisneros (TR), having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 200.00, Assets Exempt: $ 30478.00, Claims Scheduled: $ 59471.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 59471.00. . (Cisneros (TR), Arturo) (Entered: 09/08/2022) |
| 10/17/2022 | [16](#)<br>(1 pg) | Personal Financial Management Course Certificate for Debtor 1 (Official Form 423) (Duarte, Alberto) (Entered: 10/17/2022) |
| 11/14/2022 | [17](#)<br>(2 pgs) | ORDER OF DISCHARGE (BNC) (SM2 ) (Entered: 11/14/2022) |
| 11/15/2022 | 18 | Bankruptcy Case Closed - DISCHARGE. Order of Discharge in the above referenced case was entered and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Auto Closed) (SM2 ) (Entered: 11/15/2022) |
| 11/16/2022 | [19](#)<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)[17](#) ORDER OF DISCHARGE - Chapter 7 (CACB AutoDischarge) (BNC)) No. of Notices: 9. Notice Date 11/16/2022. (Admin.) (Entered: 11/16/2022) |

# ATTACHMENT 2

Debtor 1    __Gilbert__    __Luis__    __Preciado__        Case number *(if known)* _____

First Name    Middle Name    Last Name

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | Total claim |
|---|---|---|---|

| 4.1 | **Affirm** | | | $464.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**650 California St Fl 12**

Number    Street

**San Francisco, CA 94108-2716**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number __YY1K__

**When was the debt incurred?**    __04/01/2022__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Personal Loan**

| 4.2 | **American Medical Response** | | | $225.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2316 S Susan St**

Number    Street

**Santa Ana, CA 92704-4421**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number __3579__

**When was the debt incurred?**    __11/01/2021__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Medical Services**

| 4.3 | <mark>**California Department of Tax and Fee Administration**</mark> | | | $7,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 942879**

Number    Street

**Sacramento, CA 94279-0001**

City    State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number __7924__

**When was the debt incurred?**    __2001__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Sales Tax**

# ATTACHMENT 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Gilbert Luis Preciado** | Social Security number or ITIN  **xxx–xx–7924** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Central District of California**

Case number:  **6:22–bk–12949–RB**

---

# Order of Discharge – Chapter 7

12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gilbert Luis Preciado

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/14/22

**Dated:** <u>11/14/22</u>

By the court:  <u>Magdalena Reyes Bordeaux</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

17/AUTU

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

# EXHIBIT D



Ben Heston <ben@nexusbk.com>

---

## In re Preciado,, Gilbert (6:22-bk-12949-RB)

1 message

---

**Huh, Joan** <Joan.Huh@cdtfa.ca.gov>                                         Wed, Feb 28, 2024 at 11:50 AM
To: "ben@nexusbk.com" <ben@nexusbk.com>
Cc: "Lowas, Amanda" <Amanda.Lowas@cdtfa.ca.gov>

Dear Mr. Heston:

The California Department of Tax and Fee Administration ("CDTFA") is in receipt of the above-referenced Chapter 7 debtor's ("Debtor") Claim for Refund or Credit ("CFR"), dated January 26, 2024.

By the CFR, the Debtor requests that the CDTFA refund the December 2023, levied funds from the Wells Fargo account ending in 5883, which you indicated is owned by the Debtor's spouse, Isabel Preciado (the "Wells Fargo Levy").

The Debtor filed for Chapter 7 relief in Case No. 00-45238, Chapter 13 relief in 03-12596, and Chapter 7 relief in 22-12949.

Although the Debtor did not receive a Chapter 13 discharge, the Debtor received a Chapter 7 discharge on **November 14, 2022**.

Given the recent Chapter 7 discharge, the Debtor assets that his tax obligation to the CDTFA, and the Wells Fargo Levy, are not enforceable against (a) the Debtor's property, and (b) community property.

While it is correct that the **filing** spouse receives a discharge from his liabilities, the **non-filing** spouse does not receive a discharge.

The non-filing spouse does not participate in the bankruptcy proceeding, but instead protects and manages her separate property.

To illustrate, the bankruptcy schedules and statements [Dkt. No. 1] show that Isabel Preciado's separate property were kept out of the bankruptcy estate.

Isabel Preciado is personally tax-indebted to the CDTFA in her capacity as a business partner of Preciado's Port-A-Lube, as seen in the attached Registration.

The attached Billing further illustrates that Isabel Preciado is responsible for non-remittance of tax, interest, and penalties.  Interest continues to accrue as Government Code section 7172 Notices of Tax Liens have been recorded.

Isabel Preciado's separate property remains obligated to CDTFA, and the Wells Fargo Levy was proper.

If your understanding differs from the above, please contact me.

Sincerely,

Joan

Joan S. Huh

Attorney III

**CA Dept. of Tax and Fee Administration**

Legal Division/Litigation Bureau

450 N Street, MIC: 82, Sacramento CA 95814

(916) 616-7978

CONFIDENTIALITY NOTICE: This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, then your reading, disseminating, copying, or distributing this email or its contents is strictly prohibited. If you received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications cannot be guaranteed to be secure or error-free since the information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. We do not accept responsibility for any errors or omissions present in this email or any attachment as a result of email transmission.

**3 attachments**


**Pages from 2022 Schedules.pdf**
150K

**Registration_Redacted.pdf**
153K

**Billing.pdf**
136K

| Debtor 1 | Gilbert | Luis | Preciado | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe........ | | _____

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe........ | Clothes | **$300.00**

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe........ | Jewelry | **$1,500.00**

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe........ | | _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Describe........ | | _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................➔ | **$6,750.00**

---

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.............................................................................................................. Cash.............. | **$200.00**

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................

Institution name:

---

| Debtor 1 | **Gilbert** | **Luis** | **Preciado** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | |
|---|---|---|
| 17.1. Checking account: | **Wells Fargo** | **$178.00** |
| 17.2. Checking account: | | |
| 17.3. Savings account: | | |
| 17.4. Savings account: | | |
| 17.5. Certificates of deposit: | | |
| 17.6. Other financial account: | | |
| 17.7. Other financial account: | | |
| 17.8. Other financial account: | | |
| 17.9. Other financial account: | | |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

Institution or issuer name:

_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them...................

Name of entity:                     % of ownership:

_____      _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them...................

Issuer name:

_____

BT-400-MIP-(FRONT) REV. 5 (10-92)

**APPLICATION FOR SELLER'S PERMIT AND
REGISTRATION AS A RETAILER
(INDIVIDUALS/PARTNERS)**

STATE OF CALIFORNIA
BOARD OF EQUALIZATION

**Section I: Ownership Information**

1. Please check type of ownership.

☐ Sole Owner   ☒ Husband/Wife co-ownership   ☐ Partnership

| | FOR BOARD USE ONLY | | |
|---|---|---|---|
| | TAX | OFFICE | NUMBER |
| SR | AA | AA | 99 - 35 3325 |

Business Code __28__

Area Code __9999 - 036__

Preparer __P. Sellers__

Use additional sheet to include information about additional co-owners or partners

| | | Owner or Partner | Co-owner or partner |
|---|---|---|---|
| 2. | Full name (first, middle, last) | Gilbert Luis PRECIADO | Isabel PRECIADO |
| 3. | Address (residence) | 511 N. Chapman ST. W.C. 91798 | Same |
| 4. | Telephone (residence) | (818) 338-6492 | ( ) |
| 5. | Social Security no. | ■■■7924 | ■■■5047 |
| 6. | Driver's license no. Date of birth | ■■■ | ■■■ |
| 7. | Present/past employer | NONE | NONE |
| 8. | Name of spouse | | |
| 9. | Social Security No. of spouse | | |
| 10. | Driver's license no. of spouse | | FATHER OF GILBERT |
| 11. | Name, address and telephone number of two personal references | 1. DONATO PRECIADO  2. MANUEL NUÑEZ | 1. 6941 BENSON S. Hunt. Park 813 SW ob3  2. 229 E. 231 CARSON 835-3563 |
| 12. | Signature | [signature]   ISABEL's Uncle | |

**Section II: Business Information**

1. Business name  PRECIADO's PORT-A-LUBE        Business telephone ( )

2. Business address (Do not list P.O. Box or mailing service)  ~~923~~ 934 E. Arrow Hwy Covina Unit 4    City  Covina    State  Cal    ZIP Code  91722

3. Mailing address (If different from No. 2 above)    City    State    ZIP Code

4. Date you will begin sales   Month Sep.   Day 15   Year 93

| Days and hours of operation | Sun. | Mon. | Tue. | Wed. | Thurs. | Fri. | Sat. |
|---|---|---|---|---|---|---|---|
| | | 9-6 | 9-6 | 9-6 | 9-7 | 9-6 | 9-6 |

5. Description of business
   a. What will you sell?  (Retail) Oil & Oil Filter's Auto Parts + Supplies.

   b. Check the appropriate box

   ☒ Retail   ☐ Wholesale   ☐ Manufacturing   ☐ Repair   ☐ Service   ☐ Construction Contractor

   c. Check the appropriate box

   ☒ Full-time   ☐ Part-time   ☐ Mail-order

   d. Are you

   ☒ Starting a new business?   ☐ Adding/dropping partner?   ☐ Buying a business?   ☐ Other?

   If buying a business, please indicate name and account no. of former owner _____

   e. Purchase Price $ _____   Value of Fixtures and Equipment $ _____

6. How many selling locations will you have? (If 2 or more attach list of all locations)  1

7. If alcoholic beverages are sold, please list your Alcoholic Beverage Control License No. and type:

**Continued on Reverse**

BOE-1210 (S1) REV. 11 (1-04)

STATE OF CALIFORNIA
BOARD OF EQUALIZATION
P.O BOX 942879 SACRAMENTO, CALIFORNIA  94279-0001
WEST COVINA                                         **(626) 480-7200**

| FOR BOARD USE ONLY | |
|---|---|
| RE | PM |
| EFFECTIVE DATE OF PAYMENT | |
| MO           DAY           YEAR | |

ISABEL PRECIADO
511 N. CHAPMAN ST.
WEST COVINA CA 91790

**Account: SR AP  099-353325**

| Notice Id: | 0000 1283 914 | November 05, 2001 |
|---|---|---|
| Amount Due | | 8,941.68 |
| Amount enclosed | | _____ |

Copy of Notice issued to:
PRECIADO'S PORT-A-LUBE
511 N. CHAPMAN ST.
WEST COVINA CA 91790

Additional charges are due if not paid by 11/30/01
(See instructions below)

| 0 |
|---|

** DEMAND FOR IMMEDIATE PAYMENT **
Demand for payment from you is hereby made for the
DELINQUENT AMOUNT AS SHOWN BELOW.



| Sales and Use Taxes<br>SALES TAX REGULAR | TAX | Interest | Penalty | Total |
|---|---|---|---|---|
| DETERMINATION issued 12/14/00 | | | | |
| As determined by Office Review | | | | |
| For the Period 03/01/00-03/31/00 | | | | |
| Revenue | 155.00 | | | 155.00 |
| Interest 05/01/00-09/30/01 | | 25.31 | | 25.31 |
| Penalty | | | 15.50 | 15.50 |
| Payment 09/25/01 | -40.00 | | | -40.00 |
| Interest 10/01/01-11/30/01 | | 2.30 | | 2.30 |
| 1   Subtotal | 115.00 | 27.61 | 15.50 | 158.11 |
| DEMAND issued 12/18/00 | | | | |
| Return-No Remittance | | | | |
| For the Period 04/01/00-04/30/00 | | | | |
| Revenue | 435.00 | | | 435.00 |
| Penalty | | | 43.50 | 43.50 |
| Penalty | | | -43.50 | -43.50 |
| Penalty | | | 43.50 | 43.50 |
| Interest 06/01/00-11/30/01 | | 75.78 | | 75.78 |
| 2   Subtotal | 435.00 | 75.78 | 43.50 | 554.28 |
| DEMAND issued 12/18/00 | | | | |
| Return-No Remittance | | | | |
| For the Period 05/01/00-05/31/00 | | | | |
| Revenue | 624.00 | | | 624.00 |
| Penalty | | | 62.40 | 62.40 |
| Penalty | | | -62.40 | -62.40 |
| Penalty | | | 62.40 | 62.40 |
| Interest 07/01/00-11/30/01 | | 102.96 | | 102.96 |
| 3   Subtotal | 624.00 | 102.96 | 62.40 | 789.36 |

Continued on back

Always write your account number: 099-353325 on your check or money
order. Return this notice with your check in the enclosed envelope.
Make a copy for your records.

00003224232

BOE-1204 (S1) REV. 4 (4-04)

STATE OF CALIFORNIA
BOARD OF EQUALIZATION

| WEST COVINA | (626) 480-7200 | | | **Account: SR AP  099-353325** |
|---|---|---|---|---|

| ** DEMAND FOR IMMEDIATE PAYMENT ** Page 2 | Notice Id: | 0000 1283 914 | | 0 |
|---|---|---|---|---|

| Sales and Use Taxes SALES TAX REGULAR | TAX | Interest | Penalty | Total |
|---|---|---|---|---|

```
    DEMAND issued 12/18/00
    Return-No Remittance
    For the Period 06/01/00-06/30/00
      Revenue          565.00                            565.00
      Penalty                              56.50           56.50
      Penalty                             -56.50          -56.50
      Penalty                              56.50           56.50
      Interest 08/01/00-11/30/01   88.05                  88.05
 4    Subtotal         565.00      88.05    56.50         709.55

    DEMAND issued 12/18/00
    Return-No Remittance
    For the Period 07/01/00-07/31/00
      Revenue          339.00                            339.00
      Penalty                              33.90           33.90
      Penalty                             -33.90          -33.90
      Penalty                              33.90           33.90
      Interest 09/01/00-11/30/01   49.73                  49.73
 5    Subtotal         339.00      49.73    33.90         422.63

    DEMAND issued 12/18/00
    Return-No Remittance
    For the Period 08/01/00-08/31/00
      Revenue          898.00                            898.00
      Interest 10/01/00-11/30/01  123.47                 123.47
      Penalty                              89.80           89.80
      Penalty                             -89.80          -89.80
      Penalty                              89.80           89.80
 6    Subtotal         898.00     123.47    89.80       1,111.27

    STATEMENT issued 02/01/01
    Return-No Remittance
    For the Period 09/01/00-09/30/00
      Revenue          518.00                            518.00
      Penalty                              51.80           51.80
      Penalty                             -51.80          -51.80
      Penalty                              51.80           51.80
      Interest 11/01/00-11/30/01   66.48                  66.48
 7    Subtotal         518.00      66.48    51.80         636.28

    STATEMENT issued 03/23/01
    Return-No Remittance
    For the Period 10/01/00-10/31/00
      Revenue          535.00                            535.00
      Penalty                             -53.50          -53.50
      Penalty                              53.50           53.50
      Penalty                              53.50           53.50
      Interest 12/01/00-04/30/01   26.30                  26.30
      Payment 04/04/01 -47.00                            -47.00
      Interest 05/01/01-11/30/01   34.16                  34.16
 8    Subtotal         488.00      60.46    53.50         601.96

    STATEMENT issued 03/23/01
    Return-No Remittance
    For the Period 11/01/00-11/30/00
      Revenue          316.00                            316.00
      Interest 01/01/01-11/30/01   34.76                  34.76
      Penalty                              31.60           31.60
      Penalty                             -31.60          -31.60
      Penalty                              31.60           31.60
```

Continued on next

Always write your account number: 099-353325 on your check or money order. Return this notice with your check in the enclosed envelope. Make a copy for your records.

BOE-1210 (S2) REV.7 (1-97)

STATE OF CALIFORNIA
BOARD OF EQUALIZATION

WEST COVINA          (626) 480-7200                                **Account: SR  AP   099-353325**

| ** DEMAND FOR IMMEDIATE PAYMENT ** Page 3 | Notice Id:   0000 1283 914 | November 05, 2001 | 0 |
|---|---|---|---|

| Sales and Use Taxes SALES TAX REGULAR | TAX | Interest | Penalty | Total |
|---|---|---|---|---|
| 9   Subtotal | 316.00 | 34.76 | 31.60 | 382.36 |
| STATEMENT issued 05/16/01 Return-No Remittance For the Period 12/01/00-12/20/00 | | | | |
| Revenue | 200.00 | | | 200.00 |
| Penalty | | | 20.00 | 20.00 |
| Penalty | | | -20.00 | -20.00 |
| Penalty | | | 20.00 | 20.00 |
| Interest 02/01/01-11/30/01 | | 20.00 | | 20.00 |
| 10   Subtotal | 200.00 | 20.00 | 20.00 | 240.00 |
| STATEMENT issued 03/28/01 Return - Late Pymnt For the Period 12/21/00-12/31/00 | | | | |
| Revenue | 93.00 | | | 93.00 |
| Penalty | | | -9.30 | -9.30 |
| Penalty | | | 9.30 | 9.30 |
| Penalty | | | 9.30 | 9.30 |
| Interest 02/01/01-02/28/01 | | 0.93 | | 0.93 |
| Payment 02/28/01 | -93.00 | | | -93.00 |
| 11   Subtotal | 0.00 | 0.93 | 9.30 | 10.23 |
| STATEMENT issued 04/19/01 Return-Partial Pymnt For the Period 01/01/01-01/31/01 | | | | |
| Revenue | 431.00 | | | 431.00 |
| Penalty | | | -43.10 | -43.10 |
| Penalty | | | 43.10 | 43.10 |
| Penalty | | | 43.10 | 43.10 |
| Interest 03/01/01-03/31/01 | | 4.31 | | 4.31 |
| Payment 03/19/01 | -430.00 | | | -430.00 |
| Interest 04/01/01-04/30/01 | | 0.01 | | 0.01 |
| Payment 04/04/01 | -1.00 | | | -1.00 |
| 12   Subtotal | 0.00 | 4.32 | 43.10 | 47.42 |
| STATEMENT issued 05/21/01 Return-No Remittance For the Period 02/01/01-02/28/01 | | | | |
| Revenue | 733.00 | | | 733.00 |
| Interest 04/01/01-11/30/01 | | 58.64 | | 58.64 |
| Penalty | | | 73.30 | 73.30 |
| 13   Subtotal | 733.00 | 58.64 | 73.30 | 864.94 |
| DEMAND issued 11/05/01 Return-No Remittance For the Period 04/01/01-04/30/01 | | | | |
| Revenue | 667.00 | | | 667.00 |
| Penalty | | | 66.70 | 66.70 |
| Penalty | | | -66.70 | -66.70 |
| Penalty | | | 66.70 | 66.70 |
| Interest 06/01/01-11/30/01 | | 40.02 | | 40.02 |
| 14   Subtotal | 667.00 | 40.02 | 66.70 | 773.72 |
| DEMAND issued 11/05/01 Return-No Remittance For the Period 05/01/01-05/31/01 | | | | |
| Revenue | 465.00 | | | 465.00 |
| Interest 07/01/01-11/30/01 | | 23.25 | | 23.25 |
| Penalty | | | 46.50 | 46.50 |

Continued on back



Always write your account number: 099-353325 on your check or money order. Return this notice with your check in the enclosed envelope. Make a copy for your records.

00003224232

BOE-1204(S1)(FRONT) REV. 9 (4-97)

WEST COVINA          (626) 480-7200

STATE OF CALIFORNIA
BOARD OF EQUALIZATION

**Account: SR AP   099-353325**

| \*\* DEMAND FOR IMMEDIATE PAYMENT \*\* Page 4 | Notice Id:  0000 1283 914 | November 05, 2001 | 0 |

| Sales and Use Taxes SALES TAX REGULAR | TAX | Interest | Penalty | Total |
|---|---|---|---|---|
|   Penalty | | | -46.50 | -46.50 |
|   Penalty | | | 46.50 | 46.50 |
| 15   Subtotal | 465.00 | 23.25 | 46.50 | 534.75 |
| | | | | |
| DEMAND issued 11/05/01 | | | | |
| Return-No Remittance | | | | |
| For the Period 06/01/01-06/30/01 | | | | |
|   Revenue | 646.00 | | | 646.00 |
|   Penalty | | | 64.60 | 64.60 |
|   Penalty | | | -64.60 | -64.60 |
|   Penalty | | | 64.60 | 64.60 |
|   Interest 08/01/01-11/30/01 | | 25.84 | | 25.84 |
| 16   Subtotal | 646.00 | 25.84 | 64.60 | 736.44 |
| | | | | |
| DEMAND issued 11/05/01 | | | | |
| Return-No Remittance | | | | |
| For the Period 07/01/01-07/31/01 | | | | |
|   Revenue | 326.00 | | | 326.00 |
|   Penalty | | | 32.60 | 32.60 |
|   Penalty | | | -32.60 | -32.60 |
|   Penalty | | | 32.60 | 32.60 |
|   Interest 09/01/01-11/30/01 | | 9.78 | | 9.78 |
| 17   Subtotal | 326.00 | 9.78 | 32.60 | 368.38 |
| | | | | |
| Total | 7,335.00 | 812.08 | 794.60 | 8,941.68 |
| | | | | |
| Amount Past Due | | | | 8,941.68 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Additional interest will accrue in accordance with the Revenue and
Taxation Code section 6591 on the unpaid TAX at the rate of 1.000 %
per month. Interest of 73.35 will accrue if the TAX is not paid on or
before 11/30/01.

14    A 10% penalty has been added in accordance with Revenue and Taxation
Code sections 6511 and 6591 for failure to file the return form timely
or failure to pay timely.

14    The Sales and Use Tax law limits the above penalties imposed to a
maximum of 10%.

14    A 10% penalty has been added in accordance with Revenue and Taxation
Code section 6479.3, 6537, 6565, or 6591 for failure to make your
payment timely.

14    A notice of tax lien could be filed or recorded under Chapter 14
(commencing with Section 7150) or Chapter 14.5 (commencing with
Section 7220) of Division 7 of Title 1 of the Government Code 30 days
from the date of this demand billing if payment of this delinquent tax
liability is not made in full.

15    A notice of tax lien could be filed or recorded under Chapter 14
(commencing with Section 7150) or Chapter 14.5 (commencing with
Section 7220) of Division 7 of Title 1 of the Government Code 30 days
from the date of this demand billing if payment of this delinquent tax
liability is not made in full.

16    A notice of tax lien could be filed or recorded under Chapter 14
(commencing with Section 7150) or Chapter 14.5 (commencing with

Continued on next

Always write your account number: 099-353325 on your check or money
order. Return this notice with your check in the enclosed envelope.
Make a copy for your records.

BOE-1210 (S2) REV. 17 (7-00)

STATE OF CALIFORNIA
BOARD OF EQUALIZATION

WEST COVINA                    (626) 480-7200                                              **Account: SR  AP    099-353325**

| ** DEMAND FOR IMMEDIATE PAYMENT **<br>Page 5 | Notice Id:    0000 1283 914 | November 05, 2001 | 0 |
| --- | --- | --- | --- |
| Sales and Use Taxes<br>SALES TAX REGULAR | TAX | Interest | Penalty | Total |



Section 7220) of Division 7 of Title 1 of the Government Code 30 days
from the date of this demand billing if payment of this delinquent tax
liability is not made in full.

17    A notice of tax lien could be filed or recorded under Chapter 14
(commencing with Section 7150) or Chapter 14.5 (commencing with
Section 7220) of Division 7 of Title 1 of the Government Code 30 days
from the date of this demand billing if payment of this delinquent tax
liability is not made in full.

This notice is issued to the co-owners under which this account is
registered.

A notice of tax lien could be filed or recorded under Chapter 14
(commencing with Section 7150) or Chapter 14.5 (commencing with
Section 7220) of Division 7 of Title 1 of the Government Code 30 days
from the date of this notice if payment of the liability is not paid
in full.

Always write your account number: 099-353325 on your check or money
order. Return this notice with your check in the enclosed envelope.
Make a copy for your records.

00003224232

BOE-1296 (S3) (REV. 11 (8-99))

STATE OF CALIFORNIA
BOARD OF EQUALIZATION

WEST COVINA          (626) 480-7200

**Account: SR  AP   099-353325**

| ** DEMAND FOR IMMEDIATE PAYMENT **<br>Page 6 | Notice Id: | 0000 1283 914 | November 05, 2001 | 0 |
| --- | --- | --- | --- | --- |
| Sales and Use Taxes<br>SALES TAX REGULAR | TAX | Interest | Penalty | Total |

Always write your account number: 099-353325 on your check or money
order. Return this notice with your check in the enclosed envelope.
Make a copy for your records.

# EXHIBIT E



**Ben Heston <ben@nexusbk.com>**

---

### Re: In re Preciado,, Gilbert (6:22-bk-12949-RB)
1 message

---

**Ben Heston** <ben@nexusbk.com>                                    Wed, Mar 20, 2024 at 4:00 PM
To: "Huh, Joan" <Joan.Huh@cdtfa.ca.gov>
Cc: "Lowas, Amanda" <Amanda.Lowas@cdtfa.ca.gov>

Joan,

What's missing from your analysis is two things: 1) the community property presumption which is that all property acquired during marriage is community property unless it is specifically excepted from the presumption or if it has been transmuted to separate property (see California Family Code §760); and 2) the community discharge which extends the protection that a debtor receives to cover all property in which they have an interest, including all community property (see Bankruptcy Code §524(a)(3)).

I've attached a case and an article which help to illustrate these points.

I've advised my client that the proper way to remedy this would be to bring an action in the bankruptcy court to have the CDTFA held in contempt for violation of the community discharge. Please give me a call when you get a chance as I would like to try and avoid having to take that route.

-Ben

---

**2 attachments**

- **Discharge What Discharge.pdf**
  591K

- **Speier v. Brace (In re Brace).pdf**
  421K



M Gmail

**Ben Heston <ben@nexusbk.com>**

---

## RE: [External] Re: In re Preciado,, Gilbert (6:22-bk-12949-RB)
1 message

**Huh, Joan** <Joan.Huh@cdtfa.ca.gov>                                                Thu, Mar 21, 2024 at 8:34 AM
To: Ben Heston <ben@nexusbk.com>
Cc: "Lowas, Amanda" <Amanda.Lowas@cdtfa.ca.gov>

Hi Ben:

I understand that the Preciados received a discharge of unsecured community debts as listed on Schedule E/F in the approximate amount of $59,000.

This larger discharge is not in dispute.

However, unlike a community debt, non-debtor Isabel Preciado has personal liability for a tax, as demonstrated by her own tax billings and her own tax liens.  *See also In re Kimmel*, 378 B.R. 630, 636 (9th Cir. BAP 2007) (personal liability of non-debtor will survive discharge).

There is no discharge order for non-debtor Isabel Preciado.

Accordingly, the *Kimmel* decision indicates that creditors do not lose the ability to collect against non-debtors' property, even if that property is limited or scarce.  *Id*.

Under California law, a tax perfected by liens remains collectable for 30 years.  (Cal. Const., Art. XIII, Section 30.)

Given this timeline, including the December 2023 Wells Fargo tax levy of approximately $5,000, the Preciados have now paid down their tax liabilities.

If you have any questions, please let me know,

Joan

CONFIDENTIALITY NOTICE: This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, then your reading, disseminating, copying, or distributing this email or its contents is strictly prohibited. If you received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications cannot be guaranteed to be secure or error-free since the information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. We do not accept responsibility for any errors or omissions present in this email or any attachment as a result of email transmission.

 Gmail

**Ben Heston <ben@nexusbk.com>**

---

### Re: [External] Re: In re Preciado,, Gilbert (6:22-bk-12949-RB)
1 message

---

**Ben Heston** <ben@nexusbk.com>                                         Thu, Mar 21, 2024 at 10:55 AM
To: "Huh, Joan" <Joan.Huh@cdtfa.ca.gov>
Cc: "Lowas, Amanda" <Amanda.Lowas@cdtfa.ca.gov>

Are you saying that the account is 100% Isabel's separate property? If so, what is your basis for that? Attached is the notice my client received which seems to be very clear that it is a joint account. Even if it weren't a joint account, it would still be community property by virtue of the community property presumption which trumps Evidence Code §662. Speier v. Brace (In re Brace), 9 Cal.5th 903, 912 (Cal. 2020) ("Evidence Code section 662 does not apply when it conflicts with the Family Code section 760 community property presumption. ")

---

📄 **Preciado - Notice of Levy.pdf**
146K

(attachment: Preciado - Notice of Levy.pdf)



**WELLS FARGO**

Writs and Levies Dept.
MAC S4001-01E
PO Box 29779
Phoenix, AZ 85038

December 14, 2023

GILBERTO L PRECIADO
ISABEL G PRECIADO
13729 BURNING TREE DR
VICTORVILLE CA 92395-4806

Subject:  Important information about your account ending in 5883 (WF Case #: 100321623)

Dear GILBERTO L PRECIADO, ISABEL G PRECIADO:

### Why am I receiving this notice?

On December 14, 2023, Wells Fargo Bank, N.A., was served a garnishment order from a court or government agency in the state of California to freeze or remove money in your account. A "garnishment order" means a writ, order, notice, summons, judgment, levy, or similar written instruction issued by a court, a state agency, a municipality, or municipal corporation, or a state child support enforcement agency (referenced collectively as "creditor" in this notice), to hold or remove money from an account. The amount of the garnishment order was for $5,221.59. We are sending you this notice to let you know what we have done in response to the garnishment order.

### What is garnishment?

Garnishment is a legal process that allows a creditor to remove money from your bank account to satisfy a debt that you have not paid. In other words, if you owe money to a person or company they can obtain a court order directing your bank to take money out of your account to pay off your debt. If this happens, you cannot use that money in your account.

### What has happened to my account?

On December 14, 2023, we researched your account and did not identify any federal benefit payments. As a result, we withdrew $4,950.24 from your account on December 14, 2023. Additionally, we may have charged a legal process fee.

The chart below summarizes this information about your account.

| Account Number | Amount Withdrawn | Legal Process Fee |
|---|---|---|
| XXXXXX5883 | $4,950.24 | $69.85 |

Please note that these amount(s) may be affected by deposits or withdrawals after the protected amount was calculated on December 14, 2023.





**Ben Heston <ben@nexusbk.com>**

---

## RE: [External] Re: In re Preciado,, Gilbert (6:22-bk-12949-RB)
1 message

**Huh, Joan** <Joan.Huh@cdtfa.ca.gov>                                    Thu, Mar 21, 2024 at 12:10 PM
To: Ben Heston <ben@nexusbk.com>
Cc: "Lowas, Amanda" <Amanda.Lowas@cdtfa.ca.gov>

Hi Ben:

Attached is a copy of the tax levy notice.

Joan

CONFIDENTIALITY NOTICE: This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, then your reading, disseminating, copying, or distributing this email or its contents is strictly prohibited. If you received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications cannot be guaranteed to be secure or error-free since the information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. We do not accept responsibility for any errors or omissions present in this email or any attachment as a result of email transmission.

---

 **Notice.pdf**
717K

**(attachment Notice.pdf)**

State of California

**NOTICE OF** ... ... DEPARTMENT OF TAX ... ) FEE ADMINISTRATION

Under Revenue and Taxation Code Sections: 6703, 6957, 30315, 32387, 40155, 41123.5, 43444.2, 45605, 46406, 50136, 55205, 60407

**TO THE PERSON NOTIFIED:**    **CDTFA ACCOUNT NUMBER(S):  099-353325**

ISABEL PRECIADO
511 N CHAPMAN ST
WEST COVINA CA 91790-1724

# TAX/FEE DEBTOR
# COPY

## AMOUNT DUE: $5,221.59

| | |
|---|---|
| Monthly Interest Rate: | 0.83% |
| Unpaid Tax Principal: | $0.00 |
| Date of Next Interest Accrual: | December 1, 2023 |
| Additional Interest to be Accrued: | $0.00 |

The California Department of Tax and Fee Administration (CDTFA) seeks to levy upon property in which the tax/fee debtor has an interest and apply it to the satisfaction of a tax/fee liability, as shown above.

**Identification of Tax/Fee Debtor (*any or all of the named parties*):**
THE PARTNERSHIP CONSISTING OF ISABEL PRECIADO AND ISABEL PRECIADO INDIVIDUALLY AND AS CO PARTNERS DOING BUSINESS AS PRECIADO'S PORT-A-LUBE

*Possible address(es):*
511 N CHAPMAN ST WEST COVINA CA 91790-1724
13729 BURNING TREE DR VICTORVILLE CA 92395-4806

**The property to be levied upon is described as:**
All monies, debts, credits, and other personal property, in your possession or under your control, belonging to the above-named tax debtor.

You are notified in the capacity of a financial institution.

You must **fully** comply with the levy or complete the reverse side and mail or deliver this notice to the (CDTFA) within **10 days** after service. You should make a copy of your response for your records, as needed.

*Please read the enclosed Notice of Levy - Information Sheet*

RETURN RESPONSE TO:

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
2480 HILBORN RD, STE 200 FAIRFIELD, CA 94534-1820

Back

Notice of Levy was mailed on:  November 22, 2023
Letter ID: L0024149876

Tajwar Qamar

REPRESENTATIVE FOR LEVYING OFFICER
TELEPHONE: 1-707-862-3525

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE WHY THE CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND REQUEST FOR DAMAGES**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>6/5/2025</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*) <u>6/5/2025</u> I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Department of Tax & Fee Administration
3737 Main Street, Suite 1000
Riverside, CA 92501

☐  Service information continued on attached page

**3.  <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed (state method for each person or entity served):

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/5/2025 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                   **F 9013-3.1.PROOF.SERVICE**