**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:22-bk-12949-RB |
| **GILBERT LUIS PRECIADO,** | Chapter 7 |
| Debtor. | **AMENDED NOTICE OF CONTINUANCE OF MOTION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE WHY THE CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND REQUEST FOR DAMAGES** |
| | **Hearing:**<br>Date: August 5, 2025<br>Time: 11:00 AM<br>Courtroom: 303 |

   PLEASE TAKE NOTICE that the hearing on the Motion for Issuance of an Order to Show Cause Why the California Department of Tax and Fee Administration Should Not Be Held in Contempt for Violation of the Discharge Injunction and Request for Damages (Docket No. 23) filed by Gilbert Preciado that was originally set for July 1, 2025, at 11:00 a.m., has been continued to August 5, 2025, at 11:00 a.m. in Courtroom 303 of the United States Bankruptcy Court located at 3420 Twelfth Street, Riverside, California.

///

///

///

1

Any further pleadings in support of or in opposition to the Motion must be filed in accordance with applicable local rules.

**NEXUS BANKRUPTCY**

Date: July 4, 2025

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE WHY THE CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND REQUEST FOR DAMAGES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/7/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/7/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

California Dept of Tax & Fee Admin
PO Box 942879 MIC 29
Sacramento, CA 94279

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/7/2025 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**