**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
*ben@nexusbk.com*

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:22-bk-12949-RB |
| **GILBERT LUIS PRECIADO,** | Chapter 7 |
| Debtor. | **DECLARATION OF BENJAMIN HESTON RE ITEMIZATION OF DAMAGES** |
| | **Hearing:**<br>Date: August 5, 2025<br>Time: 11:00 AM<br>Courtroom: 303 |

I, Benjamin Heston, declare as follows:

1. I am the attorney of record for the Debtor. I have personal knowledge of all matters stated herein and could competently testify thereto.

2. Based upon a review of the pleadings and my own records, the damages sustained as a result of the California Department of Tax and Fee Administration's violation of the discharge injunction are as follows:

    a. **Funds Levied:** The California Department of Tax and Fee Administration wrongfully levied the Debtor's bank account, resulting in the loss of $5,221.59.

    b. **Attorney's Fees and Costs:** I performed legal services at the rate of $350 per hour in connection with addressing the violations, which total $4,480.00, as shown on the invoice attached hereto.

    c. **Hard Costs:** In connection with the preparation and service of pleadings, my office incurred actual expenses for printing and postage in the amount of $12.74 as shown on the invoice attached hereto.

    d. **Total:** These damages total $9,714.33. I respectfully request that the Court enter an order making these damages payable to "Nexus Bankruptcy Trust Account".

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**NEXUS BANKRUPTCY**

Date: August 19, 2025

/s/Benjamin Heston
BENJAMIN HESTON,
Attorney for Debtor

# Nexus Bankruptcy

**Account Statement**

Date: 08/19/2025

3090 Bristol Street #400
Costa Mesa, CA 92626
Phone: 949-312-1377
Fax: 949-288-2054
Email: ben@nexusbk.com

Gilbert Preciado
13729 Burning Tree Drive
Victorville, CA 92395

| Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|
| 11/28/2023 | Reviewed client email re CDTFA tax issue | 0.20 | $350.00 | $70.00 |
| 11/30/2023 | Reviewed client voicemail email re accident checks | 0.20 | $350.00 | $70.00 |
| 01/03/2024 | Reviewed client voicemail email re State Board call | 0.20 | $350.00 | $70.00 |
| 01/26/2024 | Sent client refund request letter by email | 0.20 | $350.00 | $70.00 |
| 01/26/2024 | Reviewed client voicemail email re State Board follow-up | 0.20 | $350.00 | $70.00 |
| 01/26/2024 | Sent CDTFA claim email with attachment | 0.20 | $350.00 | $70.00 |
| 02/28/2024 | Reviewed CDTFA counsel email with attachments | 0.40 | $350.00 | $140.00 |
| 03/11/2024 | Reviewed client collections email | 0.20 | $350.00 | $70.00 |
| 03/20/2024 | Drafted and sent response email to CDTFA | 0.60 | $350.00 | $210.00 |
| 03/21/2024 | Reviewed CDTFA follow-up email | 0.40 | $350.00 | $140.00 |
| 03/21/2024 | Emailed co-counsel re strategy | 0.40 | $350.00 | $140.00 |
| 03/21/2024 | Sent follow-up email to CDTFA with authority | 0.60 | $350.00 | $210.00 |
| 03/21/2024 | Reviewed CDTFA levy notice email | 0.20 | $350.00 | $70.00 |
| 07/23/2024 | Sent contempt motion email to client | 0.20 | $350.00 | $70.00 |
| 05/05/2025 | Drafted motion to reopen case for discharge violation | 1.60 | $350.00 | $560.00 |
| 06/04/2025 | File and serve motion for contempt | 0.20 | $350.00 | $70.00 |
| 06/05/2025 | Printing/postage - Motion for contempt | 1.00 | $6.18 | $6.18 |
| 06/05/2025 | Drafted motion for sanctions for violation of discharge injunction | 3.00 | $350.00 | $1,050.00 |
| 07/01/2025 | Attend hearing on motion for contempt | 0.50 | $350.00 | $175.00 |
| 07/04/2025 | File and serve notice of continuance, serve motion for contempt on correct address | 0.20 | $350.00 | $70.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/04/2025 | Prepared proof of service for sanctions motion | 0.40 | $350.00 | $140.00 |
| 07/04/2025 | Drafted notice of continuance of sanctions motion hearing | 0.60 | $350.00 | $210.00 |
| 07/07/2025 | Printing/postage - Motion for contempt, notice of continuance | 1.00 | $6.56 | $6.56 |
| 07/07/2025 | Prepared amended notice of hearing on sanctions motion | 0.60 | $350.00 | $210.00 |
| 08/05/2025 | Attend hearing on motion for contempt | 0.50 | $350.00 | $175.00 |
| 08/19/2025 | Compile and draft itemization of damages | 1.00 | $350.00 | $350.00 |
| | **Total** | | | **$4,492.74** |