**NEXUS BANKRUPTCY**
Benjamin Heston (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

**FILED & ENTERED**

AUG 25 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY  moser       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No: 6:22-bk-12949-RB |
| **GILBERT LUIS PRECIADO,** | Chapter 7 |
| Debtor. | ORDER ON:<br>MOTION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE WHY THE CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION AND REQUEST FOR DAMAGES |
| | **Hearing:**<br>Date:  August 5, 2025<br>Time: 11:00 AM<br>Courtroom:  303 |

The Court, having considered the Debtor's Motion for Contempt, the supporting pleadings and declarations, the evidence and argument submitted, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Court finds that the California Department of Tax and Fee Administration violated the discharge injunction.

2. The Debtor is awarded damages in the total amount of $9,714.33, consisting of the following:

      a. Funds Levied: $5,221.59 (payable to Debtor)

      b. Attorney's Fees and Costs: $4,480.00 (payable to Debtor's Counsel)

      c. Hard Costs: $12.74 (payable to Debtor's Counsel)

3. The California Department of Tax and Fee Administration shall promptly pay the sum of $9,714.33 to "Nexus Bankruptcy Trust Account".

4. The Court retains jurisdiction to enforce the terms of this Order.

**IT IS SO ORDERED.**

###

Date: August 25, 2025

*Magdalena Reyes Bordeaux*
Magdalena Reyes Bordeaux
United States Bankruptcy Judge