United States Bankruptcy Court

Central District of California

In re:                                                                          Case No. 22-12949-RB

Gilbert Luis Preciado                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                          Page 1 of 1

Date Rcvd: Aug 25, 2025                   Form ID: pdf042                   Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gilbert Luis Preciado, 13729 Burning Tree Dr, Victorville, CA 92395-4806 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Benjamin Heston | on behalf of Debtor Gilbert Luis Preciado bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 4

1    **NEXUS BANKRUPTCY**
Benjamin Heston (297798)
2    3090 Bristol Street #400
Costa Mesa, CA 92626
3    Tel: 949.312.1377
Fax: 949.288.2054
4    *ben@nexusbk.com*

5    Attorney for Debtor

6

7

**FILED & ENTERED**

AUG 25 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY moser    DEPUTY CLERK

8    **UNITED STATES BANKRUPTCY COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA**

10    **RIVERSIDE DIVISION**

11    In re:    **Case No: 6:22-bk-12949-RB**

12    **GILBERT LUIS PRECIADO,**    Chapter 7

13    **ORDER ON:**
    Debtor.    **MOTION FOR ISSUANCE OF AN ORDER**
14    **TO SHOW CAUSE WHY THE**
    **CALIFORNIA DEPARTMENT OF TAX**
15    **AND FEE ADMINISTRATION SHOULD**
    **NOT BE HELD IN CONTEMPT FOR**
16    **VIOLATION OF THE DISCHARGE**
    **INJUNCTION AND REQUEST FOR**
17    **DAMAGES**

18    **Hearing:**
    Date: August 5, 2025
19    Time: 11:00 AM
    Courtroom: 303
20

21

22        The Court, having considered the Debtor's Motion for Contempt, the supporting

23    pleadings and declarations, the evidence and argument submitted, and good cause appearing,

        **IT IS HEREBY ORDERED:**
24
    1. The Court finds that the California Department of Tax and Fee Administration violated
25
        the discharge injunction.
26
    2. The Debtor is awarded damages in the total amount of $9,714.33, consisting of the
27
        following:
28

1

       a.  Funds Levied: $5,221.59 (payable to Debtor)

       b.  Attorney's Fees and Costs: $4,480.00 (payable to Debtor's Counsel)

       c.  Hard Costs: $12.74 (payable to Debtor's Counsel)

3.  The California Department of Tax and Fee Administration shall promptly pay the sum of $9,714.33 to "Nexus Bankruptcy Trust Account".

4.  The Court retains jurisdiction to enforce the terms of this Order.

**IT IS SO ORDERED.**

### ###

Date: August 25, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

2